**Dismissed and Memorandum Opinion filed August 26, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00419-CV

_____

### MARY ANN DEMARS AND ROBERT DEMARS, Appellants

### V.

### CHIA-SU CHOU AND TEH-WEH CHOU, Appellees

**On Appeal from the County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Cause No. 01-CCV-020224**

## M E M O R A N D U M   O P I N I O N

On January 9, 2013, appellants filed a notice of appeal. The notice does not specifically name what order or judgment is being appealed. On July 30, 2014, the Fort Bend County Clerk filed a record with this court containing a statement that no appealable order or judgment was contained in the file. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

On July 30, 2014, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellants filed a response demonstrating grounds for continuing the appeal on or before August 11, 2014. *See* Tex. R. App. P. 42.3(a). Appellants filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices McCally, Brown, and Wise.